■ DIRECT PRESS-MODERN LITHO, INC., Appellant, v WHITTAKER CORPORATION, Respondent. [621 NYS2d 900] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Lama, J.), dated August 23, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lama at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.